IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARYIE EARL JONES, AIS # 156610,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-261-TFM-N |
| **HUEY HOSS MACK,** *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On February 9, 2021, the Magistrate Judge entered a report and recommendation which recommends Plaintiff's Motion to Add a Defendant to Complaint (Doc. 5, filed June 10, 2020) be granted, Plaintiff's Motion for Summary Judgment (Doc. 4, filed May 13, 2020) be denied, and this action be dismissed without prejudice under 28 U.S.C. § 1915(g). *See* Doc. 7. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Accordingly, the Motion to Add a Defendant to Complaint (Doc. 5) is **GRANTED**, the Motion for Summary Judgment (Doc. 4) is **DENIED** and this action is **DISMISSED without prejudice** prior to service of process, pursuant to 28 U.S.C. § 1915(g).

Final judgment pursuant to Fed. R. Civ. P. 58 will issue separately.

**DONE** and **ORDERED** this 8th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE